OPINION — AG — ** URBAN RENEWAL AUTHORITY — AGENT OF CITY ** THE OKLAHOMA CITY URBAN RENEWAL AUTHORITY AUTHORIZED UNDER 11 O.S. 1601 [11-1601] — 11 O.S. 1620 [11-1620] 'IS' AN AGENCY OF OKLAHOMA CITY AND 'NOT' OF THE STATE. (JURISDICTION, AUTHORITY, STATE AGENCY, MUNICIPALITIES, FUNCTION) CITE: OPINION NO. JUNE 26, 1059 — LAND, 11 O.S. 1609 [11-1609] (PENN LERBLANCE)